1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10   ALVARO C. GOMEZ,                    )   CASE NO. SA CV 18-1540-ODW (PJW)
                                         )
11                    Petitioner,        )   ORDER DISMISSING SECOND OR
                                         )   SUCCESSIVE HABEAS CORPUS PETITION
12          v.                           )   AND DENYING CERTIFICATE OF
                                         )   APPEALABILITY
13   SUPERIOR COURT OF CALIFORNIA,       )
     ET AL.,                             )
14                                       )
                      Respondents.       )
15                                       )
                                         )
16   _____   )

17        Before the Court is Petitioner's second attempt to challenge his

18   2007 state conviction and sentence.  His first petition was denied on

19   the merits in December 2010.  (*Gomez v. Allison*, SA CV 09-1073-ODW

20   (PJW), December 8, 2010 Order.)  Petitioner did not apply for a

21   certificate of appealability from that judgment.

22        Absent authorization from the Ninth Circuit, Petitioner may not

23   bring another habeas petition challenging his 2007 conviction and

24   sentence.  *See* 28 U.S.C. § 2244; *see also Burton v. Stewart*, 549 U.S.

25   147, 157 (2007) (holding district court lacks jurisdiction to consider

26   the merits of a second or successive petition absent prior authoriza-

27   tion from the circuit court).  For this reason, the Petition is

28   dismissed.

1    The Court further finds that Petitioner has not made a

2  substantial showing of the denial of a constitutional right or that

3  the court erred in its procedural ruling and, therefore, a certificate

4  of appealability will not issue in this action.  *See* 28 U.S.C.

5  § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S.

6  322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

7       IT IS SO ORDERED.

8

9

10      DATED: August 31,2018   .

11                                    _____

12                                    OTIS D. WRIGHT, II
                                     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21
   Presented by:

22

23

24  _____
   PATRICK J. WALSH
   UNITED STATES MAGISTRATE JUDGE

25

26

27

28

2