UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO C. GOMEZ, | CASE NO. SA CV 18-1540-ODW (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| SUPERIOR COURT OF CALIFORNIA, ET AL., | |
| Respondents. | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED:   August 31, 2018.

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

C:\Users\mezavala\Downloads\Judgment (1).wpd